UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

_____
                              )
IN RE CP SHIPS LTD.,          )    C.A. No. 8:05-md-01656-T-27-TBM
SECURITIES LITIGATION         )
_____)

**JOINT STIPULATION REGARDING APPOINTMENT OF LEAD PLAINTIFFS, APPROVAL OF LEAD AND LIAISON COUNSEL, AND SCHEDULING ORDER**

WHEREAS, on August 12, 2004, the first captioned class action complaint (*Kirvin Hendrix v. CP Ships Ltd., et al.,* C.A. No. 1:04-6592) alleging violations of federal securities laws was filed in the Southern District of New York in connection with purchases of CP Ships Ltd. ("CP Ships") securities;

WHEREAS, four related complaints were subsequently filed. Three of those complaints were filed in the Middle District of Florida (*Geoffrey Gottfried v. CP Ships Ltd., et al.*, C.A. No. 8:04-1895; *Billy R. Hood v. CP Ships Ltd., et al.,* C.A. 8:04-1949; *James W. Nelson v. CP Ships Ltd., et al.,* C.A. No. 8:04-2140) and one was filed in the Central District of California (*Raymond Tyler v. CP Ships Ltd., et al.,* C.A. No. 2:04-6729). (All five of the above cases shall be referred to collectively as the "Actions.");

WHEREAS, pursuant to Section 21D(a)(3)(A) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. §78u - 4(a)(3)(A), the plaintiffs in the Actions caused notice to be published which informed class members of their right to seek appointment as lead plaintiffs;

WHEREAS, on September 30, 2004, CP Ships, Raymond R. Miles, Frank J. Halliwell, John D. McNeil and Ian J. Webber ("Defendants") filed a motion with the Judicial Panel on Multidistrict Litigation (the "MDL Panel"), pursuant to 28 U.S.C. §1407, seeking to transfer and consolidate or coordinate the Actions to the United States District Court for the Middle District of Florida;

WHEREAS, on October 12, 2004 putative class member Jack Mayer, individually and on behalf of Beatrice Mayer ("Jack Mayer"), William Racht, Kul Wadhwa and Rose Pu (the "Mayer Group") timely moved this Court, the United States District Court for the Southern District of New York and the United States District Court for the Central District of California, pursuant to Section 21(D)(a)(3) of the Exchange Act, for appointment as lead plaintiff and for approval of Schiffrin & Barroway, LLP as lead counsel;

WHEREAS, on October 12, 2004, putative class members Arlan Marshall, Shaun N. Rai, R. Glenn Wehrwein, Donald Gottschalk, and Michael Belkin (the "CP Ships Plaintiff Group") timely moved this Court, pursuant to Section 21(D)(a)(3) of the Exchange Act, for appointment as lead plaintiff and for approval of lead counsel of Cohen, Milstein, Hausfeld & Toll, P.L.L.C. ("Cohen Milstein") as lead counsel;

WHEREAS, on October 12, 2004, putative class members Eric Day ("Day") and Roslyn Zhang ("Zhang") timely moved this Court, the United States District Court for the Southern District of New York and the United States District Court for the Central District of California, pursuant to Section 21(D)(a)(3) of the Exchange Act, for appointment as lead plaintiffs and for approval of Lerach Coughlin Stoia Geller Rudman & Robbins LLP as lead counsel;

WHEREAS, by order dated October 13, 2004, your Honor STAYED the *Gottfried* action pending in the Middle District of Florida pending a decision by the MDL Panel;

WHEREAS, by order dated October 14, 2004, the Honorable Susan C. Bucklew STAYED the *Nelson* action pending in the Middle District of Florida pending a decision by the MDL Panel;

WHEREAS, by order dated October 29, 2004, the Honorable Richard A. Lazzara STAYED the *Hood* action pending in the Middle District of Florida pending a decision by the MDL Panel;

WHEREAS, by stipulation and order dated October 28, 2004, the Honorable Louis L. Stanton STAYED the *Hendrix* action pending in the Southern District of New York pending a decision by the MDL Panel;

WHEREAS, by stipulation and order dated November 30, 2004, the Honorable Gary A. Fees STAYED the *Tyler* action pending in the Central District of California pending a decision by the MDL panel;

WHEREAS, on February 17, 2005, the MDL Panel transferred the Actions to the United States District Court for the Middle District of Florida and consolidated the Actions for pretrial purposes in front of your Honor;

WHEREAS, Day and Zhang will withdraw their motion for appointment as lead plaintiff and appointment of their respective selections for lead counsel;

WHEREAS, pursuant to the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B)(iii), the court is to presume that the "most adequate plaintiff" is the person or group of persons who, "in the determination of the court has the largest financial interest in the relief sought by the class";

WHEREAS, pursuant to PSLRA, the lead plaintiff is vested with authority to select and retain lead counsel, subject to the Court's approval;

WHEREAS, the Mayer Group and the CP Ships Plaintiff Group have determined that it would be more efficient and more beneficial to the class to propose a consensual resolution than to proceed with competing lead plaintiff motions and, as a result, have reached an agreement that, subject to Court approval, resolves the pending motions;

WHEREAS, the proposed lead plaintiffs have collectively agreed to the selection of Schiffrin & Barroway, LLP and Cohen Milstein as Lead Counsel and the law firm of Milberg Weiss Bershad & Schulman, LLP as Liaison Counsel;

WHEREAS, the two proposed lead plaintiffs from the Mayer Group and the CP Ships Plaintiff Group who have the largest financial interest in the relief sought by the class and who otherwise satisfy the requirements of Section 21(D)(a)(3)(B)(iii) of the Exchange Act, 15 U.S.C. §78u-4(a)(3)(B)(iii)(I) seek appointment as lead plaintiffs; and

WHEREAS, the execution and approval of this Joint Stipulation will promote the efficient conduct and determination of this litigation, in accordance with the Federal Rules of Civil Procedure:

IT IS HEREBY STIPULATED AND AGREED, by all the plaintiffs in the Actions through their undersigned counsel as follows:

1. An Order approving of this Joint Stipulation should also serve to vacate the Order staying the proceedings, dated October 13, 2004, but nothing herein shall operate to lift or interfere with any stay of discovery or proceedings that applies in any of the Actions by virtue of the provisions of the PSLRA;

2. Jack Mayer, individually and on behalf of Beatrice Mayer, William Racht, Arlan Marshall and Shaun N. Rai shall be appointed Lead Plaintiffs pursuant to Section 21(D)(a)(3) of the Securities Exchange Act, 15 U.S.C. §78u-4(a)(3)(B);

3. The Proposed Lead Plaintiffs' choice of Schiffrin & Barroway, LLP and Cohen Milstein shall be approved as Lead Counsel pursuant to Section 21(D)(a)(3)(B)(v) of the Securities Exchange Act, 15 U.S.C. §78u-4(a)(3)(B)(v);

4. The Proposed Lead Plaintiffs' choice of Miberg Weiss Bershad & Schulman LLP shall be approved as Liaison Counsel;

5. An Order approving this Joint Stipulation should also contain a Scheduling Order requiring that:

    (a) Plaintiffs shall file and serve their Consolidated Amended Complaint on or before sixty (60) days after the date of the entry of an Order approving of this Joint Stipulation;

    (b) Defendants shall answer or otherwise respond to the Consolidated Amended Complaint on or before sixty (60) days after Plaintiffs' filing of their Consolidated Amended Complaint;

    (c) If Defendants file motion(s) to dismiss, Plaintiffs shall file and serve their opposition memorandum on or before sixty (60) days after Defendants' filing of motion(s) to dismiss;

(d) Defendants shall file and serve their reply memorandum on or before forty-five (45) days after Plaintiffs' filing of their opposition memorandum;

6. This Court's ruling on lead plaintiff and lead counsel shall not prejudice Defendants' right to challenge class certification for any reason.

Dated:  March 28, 2005                    Respectfully submitted,

**MILBERG WEISS BERSHAD & SCHULMAN LLP**

By: s/ *Christopher S. Polaszek*
   Maya Saxena
   Fla. Bar No. 0095494
   msaxena@milbergweiss.com
   Christopher S. Polaszek
   Fla. Bar No. 0116866
   cpolaszek@milbergweiss.com
   5200 Town Center Circle
   Tower One, Suite 600
   Boca Raton, FL 33486
   Tel: (561) 361-5000
   Fax: (561) 367-8400

   **Proposed Liaison Counsel**

**SCHIFFRIN & BARROWAY, LLP**

By: *David Kessler*
   David Kessler
   Michael K. Yarnoff
   Trevan Borum
   280 King of Prussia Road
   Radnor, PA  19087
   Tel: (610) 667-7706
   Fax: (610) 667-7705

       **COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**

       By: *s/ Steven J. Toll*
         Steven J. Toll
         Daniel S. Sommers
         Marka A. Peterson
         1100 New York Avenue, N.W.
         West Tower, Suite 500
         Washington, D.C. 20005
         Tel: (202) 408-4600
         Fax: (202) 408-4699

       **Proposed Co-Lead Counsel**

       **LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**

       By: *Samuel H. Rudman*
         Samuel H. Rudman
         David Rosenfeld
         Mario Alba
         200 Broadhollow Road
         Suite 406
         Melville, N.Y. 11747
         Tel: (631) 367-7100
         Fax: (631) 367-1173

       **Attorneys for Eric Day and Roslyn Zhang**

**DEFENDANTS HEREBY STIPULATE AND AGREE TO THE PROPOSED SCHEDULING ORDER SET FORTH IN PARAGRAPH 4 ABOVE.**

       **HOLLAND & KNIGHT**

       By: *s/ Tracy Nichols*
         Tracy Nichols
         John D. Mullen
         701 Brickell Avenue
         Suite 3000
         Miami, FL 33131
         Tel: (305) 374-8500
         Fax: (305) 789-7799

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: *s/ Daniel J. Kramer*
    Daniel J. Kramer
    Roberta A. Kaplan
    Jessica Sombat
    1285 Avenue of the Americas
    New York, N.Y. 10019
    Tel: (212) 373-3000
    Fax: (212) 757-3990

**Attorneys for Defendants**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 28th day of March, 2005, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system. I further certify that on the same date I mailed the foregoing document to counsel of record on the attached Service List.

      s/ *Christopher S. Polaszek*
Christopher S. Polaszek
Fla. Bar No. 0116866
cpolaszek@milbergweiss.com
Milberg Weiss Bershad & Schulman LLP
5200 Town Center Circle
Tower One, Suite 600
Boca Raton, FL 33486
Tel: (561) 361-5000
Fax: (561) 367-8400

## CP SHIPS SECURITIES LITIGATION
## SERVICE LIST

| | |
|---|---|
| Michael A. Swick<br>**LAW OFFICES OF MICHAEL A. SWICK LLP**<br>One William Street, Suite 900<br>New York, NY  10004<br>212/584-0770<br><br>*Counsel for Plaintiff Geoffrey Gottfried* | Nadeem Faruqi<br>**FARUQI & FARUQI, LLP**<br>320 E. 39th Street<br>New York, NY  10016<br>212/983-9330<br><br>*Counsel for Plaintiff Geoffrey Gottfried* |
| Jeffrey M. Norton<br>**WECHSLER, HARWOOD LLP**<br>488 Madison Ave., 8th Floor<br>New York, NY  10022<br>212/935-7400 | John D. Mullen<br>**HOLLAND & KNIGHT, LLP**<br>100 N. Tampa St., Suite 4100<br>P. O. Box 1288<br>Tampa, FL  33601-1288<br>813/227-8500<br>Fax: 813/227/0134<br><br>*Counsel for Defendants CP Ships, Limited and Frank Halliwell* |
| Charles J. Piven<br>**LAW OFFICES OF CHARLES J. PIVEN, P.A.**<br>World Trade Center, Suite 2525<br>401 E. Pratt Street<br>Baltimore, MD  21202<br>410/332-0030 | Steven J. Toll<br>Daniel S. Sommers<br>Marka Peterson<br>**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**<br>West Tower, Suite 500<br>1100 New York Ave., N.W.<br>Washington, D.C.  20005<br>202/408-4600 |
| Evan J. Smith<br>**BRODSKY & SMITH LLC**<br>240 Mineola Blvd.<br>Mineola, NY  11501<br>561/741-4977 | Gregory M. Egleston<br>**BERNSTEIN, LIEBHARD & LIFSHITZ, LLP**<br>10 East 40th Street<br>New York, NY  10016<br>212/779-1414 |

| | |
|---|---|
| Roberta Kaplan<br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON**<br>1285 Avenue of the Americas<br>New York, NY  10019<br>212/373-3000 | Darren J. Robbins<br>William S. Lerach<br>**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS**<br>401 B Street, Suite 1700<br>San Diego, CA  92101-4297<br>619/231-1058<br><br>*Counsel for Plaintiffs Eric Day and Roslyn Zhang* |
| Jack Reise<br>**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS**<br>197 South Federal Highway, Suite 200<br>Boca Raton, FL 33432<br>561/750-3000<br>Fax: 561/750-3364<br><br>*Counsel for Plaintiffs Eric Day and Roslyn Zhang* | Chris A. Barker<br>**BARKER RODEMS & COOK, PA**<br>300 West Platt Street, Suite 150<br>Tampa, FL 33606<br>813/489-1001<br>Fax: 813/489-1008<br><br>*Counsel for Plaintiffs The Mayer Group* |