UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

|  |  |
|---|---|
| IN RE:<br>CP SHIPS LTD.,<br>SECURITIES LITIGATION | )<br>)<br>) Case No.: 8:05-MD-1656-T-27TBM<br>)<br>) |

### NOTICE OF APPEAL

Notice is hereby given that Allen Germain hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order dated and entered October 21, 2008, approving the class action settlement of this matter, and from the Final Order and Judgment dated and entered October 21, 2008.

Dated: November 4, 2008

*s/Ralph M. Stone*
SHALOV STONE BONNER & ROCCO LLP
485 Seventh Avenue, Suite 1000
New York, NY 10018
Tel: 212.239.4340
Fax: 212.239.4310
Email: rstone@lawssb.com

*Attorneys for Objector Allen Germain*

*Of Counsel*:

A. Dimitri Lascaris
SISKINDS LLP
680 Waterloo St.
P.O. Box 2520
London, ON
N6A 3V8   Canada
Telephone: 519.672.2121
Email: dimitri.lascaris@siskinds.com